UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BILLY GENE OWEN ) | CASE NO.  03-18639-AJM-13 |
| JOYCE IRENE OWEN ) | |
| ) | |
| ) | |
| DEBTOR. | |

**TRUSTEE'S APPLICATION FOR AUTHORITY
TO TURN OVER UNCLAIMED CHECK
TO THE CLERK OF THE BANKRUPTCY COURT**

Comes now Robert A. Brothers, trustee herein, and advises the Court as follows:

1. The whereabouts of creditor, CASH CONNECTION is unknown to your trustee, or said creditor is unwilling or unable to apply the dividend check to the above-mentioned debtor.

2. That your trustee desires to turn over a $210.49 dividend check now available for distribution to said creditor as well as all future dividend checks, to be held by the Clerk of the Bankruptcy Court for the benefit of said creditor as prescribed by law.

WHEREFORE, your applicant prays that the Court issue an Order directing him to turn over the available dividend check and all future checks for said creditor to the Clerk of the Bankruptcy Court.

Respectfully submitted,

DATE:  April 21, 2005            ____/s/ Robert A. Brothers_____
                                 Robert A. Brothers, Trustee
                                 151 N. Delaware St., Ste. 1400
                                 Indianapolis, IN 46204
                                 (317) 636-1062
                                 (317) 636-1186 fax

LAST KNOWN CREDITOR ADDRESS:
CASH CONNECTION
6525 E 82ND STREET
INDIANAPOLIS IN   46250